**Christine M. LOCKETTE,**
**Plaintiff–Appellant**

v.

**DR. MIRACLE LLC; Solo Laboratories Inc.; King Beauty Distributor Corporation, Defendants–Appellees**

**Sarah Cho, Movant–Appellee.**

**No. 12–2123.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 5, 2012.

Filed: Oct. 11, 2012.

Christine M. Lockette, St. Louis, MO, pro se.

Jacqueline M. Kinder, Jessica A. Powers, Russell F. Watters Brown & James, Luke Baumstark, Lisa Larkin, Steven Sanders, Williams & Venker, St. Louis, MO, for Defendants–Appellees.

Sarah Cho, St. Louis, MO, pro se.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Christine Lockette appeals the district court's [1] order dismissing her complaint for lack of subject matter jurisdiction. Upon careful de novo review, *see Knutson v. City of Fargo*, 600 F.3d 992, 995 (8th Cir. 2010) (dismissal for lack of subject matter jurisdiction reviewed de novo), we find no

<hr>

1. The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

<hr>

basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.